# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA SCHILBERZ, O/B/O A.S.** : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. 3:13-2700 |
| v. : | (MANNION, D.J.) |
| | (COHN, M.J.) |
| **CAROLYN W. COLVIN,** : | |
| **Commissioner of Social Security Administration,** : | |
| Defendant : | |

## O R D E R

Based upon the memorandum issued this same day in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Cohn, **(Doc. 18)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the instant action is **REMANDED** to the Commissioner for further proceedings;

**(3)** upon remand, the ALJ is directed to conduct a new administrative hearing and appropriately evaluate the evidence that abdominal and bowel problems interfere with the plaintiff's activities;

**(4)** the Clerk of Court is directed to mark this action closed.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Date: February 20, 2015

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2700-01-ORDER.wpd